IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| John R. Wood, ) | |
| ) | C/A No. 0:12-cv-3532-DCN-PJG |
| Petitioner, ) | |
| ) | **DEATH PENALTY CASE** |
| v. ) | |
| ) | **ORDER** |
| William R. Byars, Jr., *Commissioner,* ) | |
| *South Carolina Department of Corrections*, ) | |
| Wayne C. McCabe, *Warden, Lieber* ) | |
| *Correctional Institution*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

By Order filed October 23, 2013, this action was stayed pending the outcome of Petitioner's state post-conviction relief action. It is hereby

**ORDERED** that the parties are directed to notify the Court on the status of the PCR action on or before Friday, October 9, 2015. Thereafter, the parties are directed to submit status reports every ninety (90) days advising this Court of the status of the state PCR action.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

September 25, 2015
Columbia, South Carolina