IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| John R. Wood, | ) | C/A No. 0:12-3532-DCN-PJG |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | **(DEATH PENALTY CASE)** |
| | ) | |
| William R. Byars, Jr., Commissioner, South Carolina Department of Corrections; Wayne C. McCabe, Warden, Lieber Correctional Institution, | ) ) ) ) ) | |
| Respondents. | ) ) | |

On September 19, 2013, the petitioner in this matter, John R. Wood ("Petitioner"), filed a Petition for Writ of Habeas Corpus. (ECF No. 85.) Thereafter, the case was stayed while Petitioner pursued the exhaustion of claims that had not been previously presented to the state courts. (ECF No. 93.) The parties have now filed a joint status report advising the court that the state proceedings have concluded, and it is now appropriate for the stay to be lifted in this court and for a scheduling order to be set for the remainder of this case.

Pursuant to the Rules Governing Section 2254 Cases in the United States District Courts, the following schedule is established for this case:

1. The stay shall be lifted effective October 2, 2017;

2. All pending motions, upon lifting of the stay, shall be terminated from the docket with leave to refile, if appropriate;

3. Respondents shall file a return to the petition and any dispositive motions on October 3, 2017;

4. Also on October 3, 2017, Respondents shall supplement the record with a complete

record of the state court proceedings that transpired while this case was stayed;

5. Petitioner shall have 30 days to file a response to any dispositive motions filed by Respondents; and

6. Respondents shall have 21 days from the date of the Petitioner's response to file a reply.

The parties are instructed to work diligently to meet these deadlines.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

August 29, 2017
Columbia, South Carolina